# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PRO-MAG INSPECTIONS, L.L.C.

VERSUS

PROGRESSIVE SECURITY
INSURANCE COMPANY

NO.   2020 CW 0149

**MARCH 2, 2020**

---

In Re:    Progressive Security Insurance Company, applying for
          supervisory writs, 32nd Judicial District Court,
          Parish of Terrebonne, No. 177984.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                              **AHP**
                              **WIL**

   **Higginbotham, J.** concurs.   The criteria set forth in
**Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia,
Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

*Peggy J. Landry*

DEPUTY CLERK OF COURT
FOR THE COURT